FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ROSENBLUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTIES SALCEDO, RUIZ, RAMIREZ,<br><br>　　　　Defendants. | NO. ED CV 12-29-JVS(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///
///
///
///

```
 1       IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
 2  this Order and the Judgment of this date on Plaintiff.
 3
 4       DATED:        10.18        , 2012.
 5
 6                              _____
 7                                     JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE
 8
```