FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ROSENBLUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTIES SALCEDO, RUIZ, RAMIREZ,<br><br>　　　　Defendants. | NO. ED CV 12-29-JVS(E)<br><br><br>JUDGMENT |

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED: _____10.18_____, 2012.

　　　　　　　　　　　　　　　　　　／s／ James V. Selna
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE