FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,              )   NO. ED CV 12-29-JVS(E)
                                )
            Plaintiff,          )
                                )
    v.                          )   JUDGMENT
                                )
DEPUTIES SALCEDO, RUIZ,         )
RAMIREZ,                        )
                                )
            Defendants.         )
_____)

   IT IS ADJUDGED that the action is dismissed without prejudice.

        DATED:            10.18        , 2012.

                              _____
                                     JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE